# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-MJ-129-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE PREMISES LOCATED AT ) | |
| 7310 TIMBERNECK COURT, ) | |
| CHARLOTTE, NORTH CAROLINA 28277 ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 6) filed November 25, 2019, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, seeking an order directing that the Search Warrant, Affidavit, and Application in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the Search Warrant, Affidavit, and Application in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: November 25, 2019

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.